| PROB 22 [EDTN51]<br>(1/98) | | DOCKET NUMBER *(Tran. Court)*<br>3:02-CR-00140-006 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | **08CRIM 813** | DOCKET NUMBER *(Rec. Court)* |

08CRIM 813

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Jarius Bryant<br><br>New York | DISTRICT<br><br>ED/TN | DIVISION<br><br>Knoxville |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>The Honorable Thomas W. Phillips | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>March 24, 2008 | TO<br>March 23, 2012 |

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC # DATE FILED: AUG 28 2008

**OFFENSE**

Distribution of Cocaine Base, a Schedule II Controlled Substance
Title 21 U.S.C. 841(a)(1) and Title 18 U.S.C. 2

JUDGE KOELTL

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF TENNESSEE**

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_Aug 4, 2008_        _Thomas W. Phillips_
Date              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT NEW YORK

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

AUG 27 2008        _James C. Francis IV_
Effective Date          United States ~~District~~ Judge