

REQUEST FOR COURT ACTION / DIRECTION

TO: Jim Molinelli, Docket Clerk

FROM: Kyle Crayton
Sr. U.S. Probation Officer

RE: JARIUS BRYANT
Docket # 3:02-CR-140-06

DATE OF SENTENCE: 11/22/2004

DATE: August 25, 2008

OFFENSE: DISTRIBUTION OF COCAINE BASE, A SCHEDULE II CONTROLLED SUBSTANCE (21:841(a)(1) AND 18:2. A CLASS B FELONY.

ORIGINAL SENTENCE: SIXTY (60) MONTHS IMPRISONMENT; FOUR (4) YEARS OF SUPERVISED RELEASE

SPEC. CONDITIONS: NONE

AUSA: To be Determined

08CRIM 813

ATTACHMENTS:   PSI ___   JUDGMENT X   PREVIOUS REPORTS ___
VIOLATION PETITION

REQUEST FOR:   WARRANT ___   SUMMON ___   COURT DIRECTION ___

## ASSIGNMENT FOR TRANSFER OF JURISDICTION

On November 22, 2004, the above-mentioned individual was sentenced as outlined above in the Eastern District of Tennessee, by the Honorable Thomas W. Phillips, United States District Judge.

On August 25, 2008, we received a letter from the Eastern District of Tennessee, advising that the Honorable Thomas W. Phillips, United States District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Bryant's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of Transfer of Jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

BRYANT, JARIUS - 2 - 51139/KDC

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                                                 Respectfully submitted,

                                                 Chris J. Stanton
                                                 Chief U.S. Probation Officer

By: _____
                                                 Kyle Crayton
                                                 Sr. U.S. Probation Officer
                                                 212-805-5154

Approved By: _____
                    Enid Febus                 Date:
                    Supervising U.S. Probation Officer
                    (212) 805 - 5074